AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

FILED AT WHEELING, WV
U.S. DISTRICT COURT
AUG 17 2010
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

EUGENE J. TALIK,   Petitioner,

V.

UNITED STATES OF AMERICA,
Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number:   5:09-CV-47

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum Opinion and Order filed 8/17/2010, in Criminal Action No. 5:06-CR-51, and attached hereto, Affirming and Adopting Magistrate Judge Seibert's Report and Recommendations for Disposition, Petitioner's motion to amend under Rule 15 is DENIED, and it is further

   ORDERED that Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is DENIED, and it is further

   ORDERED that this Civil Action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court.

August 17, 2010
Date

CHERYL DEAN RILEY
Clerk

_____
(By) Deputy Clerk